1

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

3

4

5

6

7

8

9

| | |
|---|---|
| Center for Biological Diversity, | No. 4:07-cv-00372-JMR |
| Plaintiff; | **ORDER GRANTING JOINT STIPULATION AND MOTION TO TRANSFER AND CONSOLIDATE CASES** |
| v. | |
| Dirk Kempthorne, Secretary of the Interior, <u>et al.</u>, | |
| Defendants. | |

10

11

12

13

14

15

| | |
|---|---|
| Defenders of Wildlife, | No. 4:08-cv-00335-RCC |
| Plaintiff; | |
| v. | |
| Dale Hall, Director, U.S. Fish and Wildlife Service, <u>et al.</u>, | |
| Defendants. | |

16

17    The parties in the above-captioned cases have filed a joint stipulation and motion

18  to transfer and consolidate cases.  Having reviewed the joint stipulation and motion, the

19  Court HEREBY ORDERS that the stipulation is APPROVED and motion is

20  **GRANTED** in the following specific respects:

21        1.    No. CV 08-335 (*Defenders of Wildlife v. Hall*) shall be transferred to

22  Chief Judge Roll pursuant to L.R. 42(a)(1);

23        2.    No. CV 08-335 and No. CV 07-372 (*Center for Biological Diversity v.*

24  *Kempthorne*) shall be consolidated pursuant to L.R. 42(a)(2), with each case to retain its

25  separate character;

26        3.    No. CV 07-372 shall be designated the lead case;

27        4.    Plaintiff and federal defendants in No. CV 08-335 shall be subject to the

28  scheduling orders and deadlines established by the Court in No. CV 07-372;

1      5.      An initial scheduling conference in No. CV 08-335 is unnecessary; and

2      6.      Plaintiffs in No. CV 07-372 and No. CV 08-335 will submit briefs

3   separately in support of their cross-motion for summary judgment and all other filings

4   in their respective cases, federal defendants are afforded an equal number of pages to

5   present their positions, and federal defendants have the option of filing consolidated

6   briefs in response to the plaintiffs' separately filed briefs.

7

8      **IT IS SO ORDERED.**

9

10

11      **Dated this 24th day of June, 2008.**

12

13

14

15   _____

16                    John M. Roll
                Chief United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28