# *UNITED STATES DISTRICT COURT*

## DISTRICT OF ARIZONA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, )<br><br>     Plaintiff, )<br><br>     vs. )<br><br>DIRK KEMPTHORNE, Secretary of )<br>the Interior, et al., )<br><br>     Defendants. )<br>———————————————— )<br>)<br>DEFENDERS OF WILDLIFE, )<br><br>     Plaintiff, )<br><br>     vs. )<br><br>DALE HALL, Director, U.S. )<br>Fish and Wildlife Service, )<br>et al., )<br><br>     Defendants. )<br>———————————————— ) | JUDGMENT IN A CIVIL CASE<br><br>Case No.  CV 07-372-TUC-JMR<br>            CV 08-335-TUC-JMR<br>            (Consolidated) |

X  **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiffs' Motions for Summary Judgment are **GRANTED** in **PART** and **DENIED** in **PART.**  This case is remanded to the FWS.

    **IT IS FURTHER ORDERED** that Federal Defendants' Cross-Motion for Summary Judgment is **DENIED.**

March 31, 2009                 RICHARD H. WEARE
Date                             CLERK

/s/Kay Davis
(By) Kay Davis, Deputy Clerk